# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES – GENERAL

| | |
|---|---|
| Case No. CV 25-05662-JWH (DFM) | Date: October 8, 2025 |
| Title James Potter v. Leah T. Wilson et al. | |

| Present: The Honorable | Douglas F. McCormick, United States Magistrate Judge |
|---|---|
| Nancy Boehme | Court Reporter |
| Deputy Clerk | Not Present |
| Attorney(s) for Plaintiff(s): | Attorney(s) for Defendant(s): |
| Not Present | Not Present |

**Proceedings:** (IN CHAMBERS) Order to Show Cause Re: Dismissal for Lack of Prosecution

Plaintiff James Potter filed a pro se civil rights case against Defendants Leah T. Wilson and Patricia Guerrero on June 23, 2025. See Dkt. 1.

There is no record that Plaintiff has properly served either Defendant. "If a defendant is not served within 90 days after the complaint is filed, the court—on its own motion or on its own after notice to the plaintiff—must dismiss the action without prejudice against that defendant or order that service be made within a specified time." Fed. R. Civ. P. 4(m). The Court "must extend" the time for service if the plaintiff shows good cause for the failure. Id.

**Plaintiff is ORDERED TO SHOW CAUSE within fourteen (14) days why this action should not be dismissed for failure to prosecute.** Alternatively, it will be a sufficient response to this OSC to file on or before that date one of the following: A proof of proper service of the summons and complaint on Defendant(s); Papers properly seeking entry of default or a default judgment; or Answers or other filings by Defendant(s).