# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES – GENERAL

| Case No. | 2:25-cv-05662-JWH-DFM | Date: | December 9, 2025 |
|---|---|---|---|
| Title | James Potter v. Leah T. Wilson et al. | | |

| Present: The Honorable | Douglas F. McCormick, United States Magistrate Judge |
|---|---|
| Nancy Boehme | Court Reporter |
| Deputy Clerk | Not Present |
| Attorney(s) for Plaintiff(s): | Attorney(s) for Defendant(s): |
| Not Present | Not Present |

**Proceedings:** (IN CHAMBERS) Order to Show Cause

On June 23, 2025, Plaintiff James Potter filed a lawsuit against Leah T. Wilson (Executive Director of the State Bar of California) and Patricia Guerrero (Chief Justice of the California Supreme Court). Plaintiffs served each Defendant on October 13, 2025, with their respective Answers were due on or before November 3, 2025. See Dkts. 8, 9.

As it stands, neither Defendant has filed an Answer or otherwise responded to the Complaint. However, it is Plaintiff's responsibility to move this case toward completion. Accordingly, Plaintiff is ordered to show cause within twenty-one (21) days why this matter should not be dismissed for failure to prosecute. In lieu of a written response, Plaintiff may do one of the following: (1) seek entry of default judgment; (2) file a notice of voluntary dismissal under Fed. R. Civ. P. 41; or (3) cause by some means an Answer or other filing to be made by Defendants.