# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

JAMES POTTER,

       Plaintiff,

    v.

LEAH T. WILSON, Executive Director of State Bar of California, and PATRICIA GUERRERO, Chief Justice of the California Supreme Court,

       Defendants.

Case No. 2:25-cv-05662-JWH-DFM

**ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE**

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Complaint, the relevant records on file, and the Report and Recommendation of the United States Magistrate Judge.  No objections were filed by the deadline.  In view thereof, the Court hereby **ORDERS** as follows:

1.    The findings, conclusions, and recommendations of the United States Magistrate Judge are **ACCEPTED**.

2.    The Motions to Dismiss filed by Patricia Guerrero and Leah T. Wilson are **GRANTED**.

3.    The Complaint is **DISMISSED with prejudice** and **without leave to amend**.

4.    Judgment shall issue accordingly.

**IT IS SO ORDERED.**

Dated:    March 17, 2026

John W. Holcomb
UNITED STATES DISTRICT JUDGE

-2-