JS-6

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

JAMES POTTER,

          Plaintiff,

    v.

LEAH T. WILSON, Executive Director of State Bar of California, and PATRICIA GUERRERO, Chief Justice of the California Supreme Court,

          Defendants.

Case No. 2:25-cv-05662-JWH-DFM

**JUDGMENT**

Pursuant to the Court's Order Accepting the Report and Recommendation of United States Magistrate Judge,

It is hereby **ORDERED**, **ADJUDGED**, and **DECREED** as follows:

1.      Judgment is **ENTERED** in **FAVOR** of Defendants Patricia Guerrero and Leah T. Wilson.

2.      This action is **DISMISSED with prejudice** in its entirety.

**IT IS SO ORDERED.**

Dated:     March 17, 2026

John W. Holcomb
UNITED STATES DISTRICT JUDGE

-2-